**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JAMIE ANN SEARS**                                                                  **PLAINTIFF**

**V.**                                                      **NO. 4:15-CV-00186-DMB-JMV**

**K MART CORPORATION**                                           **DEFENDANT**

**ORDER DISMISSING CASE
BY REASON OF SETTLEMENT**

The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is unnecessary that the case remain upon the calendar of the Court. Accordingly, this action is **DISMISSED without prejudice**. The Court retains complete jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**SO ORDERED**, this 2nd day of September, 2016.

                                                                               **/s/ Debra M. Brown**
                                                                               **UNITED STATES DISTRICT JUDGE**